FILED & ENTERED

DEC 19 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bertelsen DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>JOANN SALINAS,<br><br>                Debtor.<br><br>―――――――――――――<br><br>JULIANA RADMACHER,<br><br>                Plaintiff,<br><br>v.<br><br>JOANN SALINAS,<br><br>                Defendant. | Chapter 7<br><br>Case No.: 9:22-bk-10239-RC<br><br>Adv. No.: 9:22-ap-01026-RC<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT SANCTION COUNSEL AND/OR DISMISS THE ADVERSARY PROCEEDING FOR FAILURE TO PROSECUTE**<br><br>Hearing Date, Time and Place:<br>Date:   March 22, 2023<br>Time:  10:00 a.m.<br>Place:  Courtroom 201<br>            1415 State Street<br>            Santa Barbara, CA 93101 |

On March 20, 2022, Joann Salinas (d/b/a JSalinas Insurance Agency) ("Defendant") filed a voluntary Chapter 7 petition under Title 11 of the United States Code.  Thereafter, on June 1, 2022, Juliana Radmacher ("Plaintiff") filed a complaint objecting to Defendant's discharge under 11 U.S.C. §§ 523 and 727, initiating the above-captioned adversary proceeding.  On June 30, 2022, Defendant filed an answer to the complaint.  *See* Adv. Docket No. 5.

On August 17, 2022, at the initial status conference, the Court ordered Plaintiff to lodge an order referring this matter to mediation on or before September 2, 2022.  *See* Adv. Docket No.

-1-

10. A day of mediation was to be held on or before December 1, 2022. *Id*. The status conference of August 17, 2022 was continued to December 14, 2022, with a status conference report to be filed on or before December 9, 2022. Thereafter, no order assigning the matter to mediation was uploaded by Plaintiff.

On December 14, 2022 at 10:00 a.m., the Court held a status conference hearing in the adversary proceeding, the Honorable Ronald A. Clifford III, United States Bankruptcy Judge, presiding. At the hearing, the Court continued the status conference until March 22, 2023 at 10:00 a.m. Appearances were as noted on the record.

The Court, having considered the record in this adversary proceeding, Plaintiff's failure to timely upload an order referring this matter to mediation in accordance with this Court's order, and for good cause appearing, it is hereby

ORDERED, that Duncan S. Skogsberg ("Mr. Skogsberg"), Plaintiff's counsel, must appear at a continued initial status conference hearing on **March 22, 2023 at 10:00 a.m.** to show cause and explain why the Court should not dismiss the adversary proceeding for failure to prosecute, in light of Mr. Skogsberg's failure to upload an order assigning the matter to mediation in accordance with this Court's order; and it is further

ORDERED, that Mr. Skogsberg, and counsel for Defendant, Ms. Karen K. Grant must appear **in-person** at the continued initial status conference hearing in Courtroom 201; and it is further

ORDERED, that **by no later than March 1, 2023**, the parties may file and serve a written response to this Order.

IT IS SO ORDERED.

Date: December 19, 2022

Ronald A. Clifford III
United States Bankruptcy Judge